IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES TREADWELL and STEVE TREADWELL, <br><br> Plaintiffs, <br><br> v. <br><br> NORTHSTAR LOCATION SERVICES, LLC, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:10-CV-3969 |

## AFFIDAVIT OF SERVICE

NOW COME Plaintiffs James Treadwell and Steve Treadwell and file the attached "Proof of Service" regarding service of process in the above-captioned matter.

This 4th day of January, 2011.

_____
JOHN C. FORBES, JR.
Georgia Bar No. 267709

Attorney for Plaintiff

THE LAW OFFICES OF MARK A. CAREY, P.C.
6 Concourse Parkway
Suite 1500
Atlanta, Georgia  30328
(678) 341-5550

# AFFIDAVIT OF SERVICE ON A CORPORATION

| | | |
|---|---|---|
| State of: Georgia | County of: | Northern District |
| Court: U.S. District | Index #: | 1:10-cv-3969 |
| | Date Purchased: | 12/7/2010 |

*Plaintiff/Petitioner:*
James Treadwell and Steve Treadwell

*Defendant/Respondent:*                        vs:

Northstar Location Services, LLC

---

State of: NY
County of: Niagara

James A. Catino, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at: Niagara Falls, NY
that on: **12/13/2010** at: **5:03pm** at: 4285 Genesee Street, Cheektowaga, NY 14225
deponent served the within:

**Summons & Complaint For Damages And Demand For Jury Trial**

\*   PAPERS SERVED WITH INDEX # & DATE PURCHASED
\*   Return Date if any:

ON:   Northstar Location Services, LLC

**CORPORATION**  A corporation, by delivering thereat a true copy of each to: Linda Leising
[X]         personally, deponent knew said corporation so served to be the corporation, described in same as Defendant and knew said individual to be: Compliance Officer, thereof an authorized person to accept service of process.

**DESCRIPTION**   SEX: Female,     SKIN COLOR: White,     AGE: 36 - 50 Yrs.,     HEIGHT: 5'9" - 6'0",
[X]         HAIR COLOR: Blonde,     WEIGHT: 161 - 200 Lbs.,
            Other identifying features:
                                Glasses

**WITNESS FEE**    $   the authorizing traveling expenses and one day's witness fee was paid(tendered) to the
[ ]                Defendant.

MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
1-800-448-8794

118844

Sworn to before me on this: 12/14/2010

_____          _____  ss
Notary Public                    Print name below signature
                                 James A. Catino

ROSEMARIE E. MILLER
Notary Public, State of New York
No. 01MI6222812                  201016677              Client File#: 118844
Qualified in Erie County
Commission Expires June 1, 2014

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in the foregoing action with the foregoing Affidavit of Service by depositing a copy of same in the United States Mail, with adequate postage thereon, properly addressed as follows:

Northstar Location Services, LLC
4285 Genesee Street
Cheektowaga, New York  14225

This 4th day of January 11, 2011.

                                            JOHN C. FORBES, JR.
                                            Georgia Bar No. 267709

                                            Attorney for Plaintiff

THE LAW OFFICES OF MARK A. CAREY, P.C.
6 Concourse Parkway
Suite 1500
Atlanta, Georgia  30328
(678) 341-5550