IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES TREADWELL and STEVE TREADWELL,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHSTAR LOCATION SERVICES, LLC,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:10-CV-3969 |

## PLAINTIFFS' INITIAL DISCLOSURES

1. State precisely the classification of the cause of action being filed, a brief factual outline of the case, including Plaintiffs' contentions as to what Defendant failed to do, and a succinct statement of the legal issues in the case:

*This is a claim under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. Plaintiffs claim that Defendant, by and through its employees, violated the FDCPA by harassing Plaintiffs by telephone, threatening to file a lawsuit and/or other legal action that could not or was not going to be taken and disclosing the existence of the debt to a third party. Plaintiffs also allege violations of Georgia state law for negligently hiring, retaining and/or*

*supervising its employees when they knew or should have known they were violating the law.*

2. Describe in detail all statutes, codes, regulations, legal principles, standards, customs or usages and illustrative case law which Plaintiffs contend are applicable to this action. **The FDCPA sets out in detail rules and proscribed conduct for debt collection agencies.**

3. Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information. **(Attach witness list to Initial Disclosures as Attachment A.)**

4. Provide the name of any person who may be used at trial to present evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence. For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. **(Attach expert witness list and written reports to Initial Disclosures as Attachment B.)**

5. Provide a copy of, or a description by category and location of, all documents, data compilations and tangible things in your possession, custody or control that you may use to support your claims or defenses unless solely for

impeachment, identifying the subjects of the information.  **(Attach document list and descriptions to Initial Disclosures as Attachment C.)**

6. In the space provided below, provide a computation of any category of damages claimed by you.  In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying as under Fed.R.Civ.P. 34. **(Attach any copies and descriptions to Initial Disclosures as Attachment D.)**

7. Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment, which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment. **(Attach copy of insurance agreement to Initial Disclosures as Attachment E.)**

8. Disclose the full name, address and telephone number of all persons or legal entities who have a subrogation interest in the cause of action set forth in Plaintiffs' cause of action and state the basis and extent of such interest.  None known to Plaintiffs.

This 7th day of March, 2011.

                                                             _____
                                                             JOHN C. FORBES, JR.
                                                             Georgia Bar No. 267709

                                                             Attorney for Plaintiff

THE LAW OFFICES OF MARK A. CAREY, P.C.
925-B Peachtree Street, N. E.
#307
Atlanta, Georgia  30309-9910
(678) 341-5550

## ATTACHMENT A
Witness List

James and Lori Treadwell
4023 Airline Road
McDonough, Georgia  30252
(770) 480-4200

Steve Treadwell (address unknown at this time)

# ATTACHMENT B
## Expert Witnesses

None

## ATTACHMENT C
Document List

Plaintiffs intend to rely upon their individual testimony and are not currently in possession of tangible material.

## ATTACHMENT D
Computation of Damages

Plaintiffs claim statutory damages of One Thousand and No/100 Dollars ($1,000) as provided for in the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, as well as actual and punitive damages in an amount to be determined by the enlightened conscience of an impartial jury.

## ATTACHMENT E
Copy of Insurance Agreement

Not applicable

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in the foregoing action with the foregoing Plaintiffs' Initial Disclosures by depositing a copy of same in the United States Mail, with adequate postage thereon, properly addressed as follows:

Ellen M. Taylor
Baker Donelson Bearman Caldwell & Berkowitz, P.C.
3414 Peachtree Road, N. E.
Suite 1600
Atlanta, Georgia  30326

This 7th day of March, 2011.

_____
JOHN C. FORBES, JR.
Georgia Bar No. 267709

Attorney for Plaintiff

THE LAW OFFICES OF MARK A. CAREY, P.C.
925-B Peachtree Street, N. E.
#307
Atlanta, Georgia  30309-9910
(678) 341-5550