

**BAKER DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

L. CLINT CROSBY
**Direct Dial**: 678.406.8702
**Direct Fax**: 678.406.8802
**E-Mail Address**: ccrosby@bakerdonelson.com

MONARCH PLAZA
SUITE 1600
3414 PEACHTREE ROAD N.E.
ATLANTA, GEORGIA 30326
PHONE:  404.577.6000
FAX:       404.221.6501

www.bakerdonelson.com

May 24, 2011

Clerk, United States District Court
Attn: Hon. Harold L. Murphy
United States Senior District Court Judge
United States Courthouse
600 East First Street
Rome, GA 30161

**VIA EM/ECF FILING and**
**VIA FIRST CLASS U.S. MAIL**

Re:   James Treadwll and Steve Treadwell v. Northstar Location Services, LLC
       U. S. District Court, Northern District of Georgia, Atlanta Division
       Civil Action File No. 1:10-CV-3969-HLM-WEJ

Dear Clerk:

Pursuant to LR 83.1(E)(3), I am requesting that the above-referenced case, in which I am lead counsel, not be calendared for the period beginning October 13, 2011 through October 27, 2011. I will be away from the practice of law for purposes of a family vacation.

If you have any questions or concerns, please contact me at (678) 406-8702. Thank you for your assistance in this matter.

With best wishes, I remain

Very truly yours,

L. Clint Crosby

LCC:pbb

cc:   John C. Forbes, Esq. (via first-class mail)