IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES TREADWELL and STEVE TREADWELL, | : : : |
| Plaintiffs, | : : |
| v. | : CIVIL ACTION FILE NO. : 1:10-CV-3969-HLM-WEJ |
| NORTHSTAR LOCATION SERVICES, LLC, | : : : : |
| Defendant. | : |

## DEFENDANT'S MOTION TO COMPEL DISCOVERY

COMES NOW, Defendant NORTHSTAR LOCATION SERVICES, LLC ("Northstar") and pursuant to Fed. R. Civ. P. 37 files this, its Motion to Compel Discovery. For the reasons set forth in Defendant's Memorandum of Law in Support of Defendant's Motion to Compel Discovery, filed simultaneously herewith, Northstar respectfully requests that this Motion be granted.

Respectfully submitted this 19th day of August, 2011.

                                                  s/ L. Clint Crosby
                                                  L. Clint Crosby
                                                  Georgia Bar No. 197877

                                                  *Counsel for Defendant Northstar Location Services, LLC*

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Monarch Plaza, Suite 1600
3414 Peachtree Rd., N.E.
Atlanta, GA 30326-114
(678) 406-8702 (telephone)
(678) 406-8802 (facsimile)

## **CERTIFICATE OF COMPLIANCE**

I herby certify that the foregoing Memorandum of Law in Support of Defendant's motion to Compel Discovery was prepared in Times New Roman 14 point font and does not contain more than 10 characters per inch of type.

                                                     s/ L. Clint Crosby
                                                     L. Clint Crosby

*Counsel for Defendant Northstar Location Services, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES TREADWELL and STEVE TREADWELL, | : : : |
| Plaintiffs, | : : |
| v. | : CIVIL ACTION FILE NO. : 1:10-CV-3969-HLM-WEJ |
| NORTHSTAR LOCATION SERVICES, LLC, | : : : : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the Plaintiffs in the foregoing matter with a copy of the **DEFENDANT'S MOTION TO COMPEL DISCOVERY** via the Court's ECF notification system addressed as follows:

John C. Forbes, Esq.
Law Offices of Mark A. Carey
925-B Peachtree Street, #307
Atlanta, GA  30309-9910

This 19th day of August, 2011.

/s/ L. Clint Crosby
L. Clint Crosby
Georgia Bar No. 197877

*Counsel for Defendant Northstar Location Services, LLC*